**No. 59857.**—Friedman Mirror & Glass Co., Inc., et al. *v.* United States protests 213684–K, etc. (New York).

Opinion by Wilson, J.  In accordance with stipulation of counsel that the merchandise consists of glass strips specially designed and manufactured for use as a frame around mirrors the same in all material respects as those the subject of *Friedman Mirror & Glass Co., Inc.* v. *United States* (34 Cust. Ct. 236, C. D. 1710), the claim of the plaintiffs was sustained.